**E-FILED**

Tuesday, 17 May, 2005  01:10:31 PM
Clerk, U.S. District Court, ILCD

CDíL PROB 22
(Rev. 4/97)

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | **DOCKET NUMBER** *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT:   CENTRAL DISTRICT OF ILLINOIS | DIVISION |
|---|---|---|
| Harold Taylor<br>2307 Lewis Ave., Apt. 2 North<br>North Chicago, IL 60064 | | Urbana |

**FILED**

MAY 17 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| George Marovich | | |
| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>05/22/04 | TO<br>04/21/07 |

OFFENSE

Bank Robbery 18:2113(a)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 04/19/05 | s/Michael P. McCuskey |
|---|---|
| kjb           Date | Michael P. McCuskey<br>Chief United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/~~URBANA~~

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| APR 2 8 2005 | s/Charles P. Kocoras |
|---|---|
| Effective Date | United States District Judge |