E-FILED
Tuesday, 17 May, 2005 01:54:48 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61801

May 17, 2005

U.S. District Court
Everett McKinley Dirksen
United States Courthouse
219 S. Dearborn St.
Chicago, IL  60604

          RE: USA  V. Harold Taylor
          CASE NO. URBANA, IL: 02-20095

Dear Clerk:

    Pursuant to the executed Transfer of Jurisdiction filed in this office on 5/17/05, enclosed please find:

    1. Transfer of Jurisdiction

    2. Financial Account Summary

    3. Certified Copy of Docket Sheet

    4. Certified Copy of Petition for Summons for Offender under Supervision

    5. J & C on Revocation of Supervised Release

    I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

          Very truly yours,

          JOHN M. WATERS, CLERK
          U.S. DISTRICT COURT

          By:    s/S. Doan

Enclosure(s)                Deputy Clerk
JMW/sd