**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION
AND STATEMENT OF REASONS**

Case Name:    US v Harold Taylor

Case Number: 02-20095-01

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on <u>August 11, 2005.</u>
(Date)

Received by:

<u>S/J. Newlin</u>
U.S. Probation Office